UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEILA WILLIAMS,,<br><br>Plaintiff(s),<br><br>-against-<br><br>RESURGENT CAPITAL SERVICES, L.P.;<br>and JOHN DOES 1-25,<br><br>Defendants. | Civil Case No.: 1:23-cv-01332<br><br>**NOTICE OF SETTLEMENT** |

Please be advised that the above-captioned matter has been settled and a Notice Of Dismissal will be filed shortly.

Dated: February 28, 2023

/s/ *Joseph K. Jones*
Joseph K. Jones, Esq.
JONES, WOLF & KAPASI, LLC
375 Passaic Avenue
Fairfield, New Jersey 07004
Phone: (973) 227-5900
Fax: (973) 244-0019

*Attorney for Plaintiff*